**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

CONSTANCE HENRY, on behalf of herself
and all others similarly situated,

               Plaintiffs,

     vs.

Nature Republic International, LLC,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-10236

**ORDER**

THIS CAUSE coming to be heard for Plaintiff's Motion for Entry of Default Judgment, Plaintiff Constance Henry, appearing by and through his attorney Alison Chan of Equal Access Law Group, Defendant appearing/not appearing, the court being fully advised on the premises,

**IT IS HEREBY ORDERED:**

I.    Plaintiff's Motion for Entry of Default Judgment is GRANTED.

II.    The Court declares that Defendant's website, https://www.naturerepublicusa.com, violates Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182.

III.    Within one hundred eighty (180) days of the entry of this Order, Defendant shall implement the following corrective measures to ensure that its website is accessible to blind and visually impaired users who rely on screen-reading technology and keyboard navigation:

    a.    Correct heading hierarchy and missing levels to enable logical structure and efficient navigation;

    b.    Ensure all interactive elements can be activated via keyboard (e.g., "Enter" and "Spacebar") without requiring a mouse;

c.  Use descriptive, non-ambiguous link text that clearly conveys purpose and destination;

d.  Eliminate redundant links and duplicate navigation elements that lead to the same destinations;

e.  Ensure adjacent links with identical text are consolidated or differentiated to avoid repetitive, confusing announcements;

f.  Ensure all interactive elements are programmatically identified and announce their role and purpose;

g.  Ensure navigation sub-menus announce their state (e.g., expanded or collapsed) and keyboard focus location;

h.  Ensure drop-down menus convey the number of items and categories available;

i.  Remove keyboard focus from non-interactive elements or assign appropriate roles and functionality.

j.  Within one hundred eighty (180) days of entry of this Order, Defendant shall file with the Court a sworn certification, executed by an officer or authorized representative of Defendant under penalty of perjury, attesting that the corrective actions required by this Order have been fully implemented.

IV.  The Court retains jurisdiction to determine and award Plaintiff's reasonable attorneys' fees and taxable costs upon proper motion and supporting documentation.

V.  The Court retains jurisdiction to enforce the terms of this Order.

ENTERED: March 4, 2026

By: _____

Sharon Johnson Coleman
United States District Judge